IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RANDOLPH BAHAM, | ) | CIVIL NO. 13-00669 HG-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ASSOCIATION OF APARTMENT OWNERS OF OPUA HALE PATIO HOMES; RANDALL PLUNKETT; JOSEPH GAMBOA; PORTER McGUIRE KIAKONA & CHOW, LLP; ASSOCIA HAWAII fka CERTIFIED HAWAII, INC.; JONAH KOGEN; JOHN DOES 1-100; JANE DOES 1-100; DOE PARTNERSHIPS 1-100; and DOE CORPORATIONS 1-100, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION, AS MODIFIED (ECF NO. 241)**

Findings and Recommendation having been filed and served on all parties on October 20, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (ECF No. 241) are adopted as the opinion and order of this Court with the following modifications:

On Page 1, Paragraph 1, Line 3, replace "Petitions" with "Petitioners"; and

On Page 7, Paragraph 6, Line 1, the section citation should

1

be "(d)", not "a."

IT IS SO ORDERED.

DATED:    Honolulu, Hawaii, November 23, 2015.



      /s/ Helen Gillmor
Helen Gillmor
United States District Judge